UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANIMACCORD LTD.,<br>A Cyprus limited company,<br><br>*Plaintiff,*<br><br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS<br>AND UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED ON<br>SCHEDULE "A",<br><br>*Defendants.* | § § § § § § § § § § § § § § | Civil Action No. 4:25-cv-01061<br>Judge Michael J. Truncale |

<u>NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS</u>

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following <u>individual</u> Defendants:

| | |
|---|---|
| Fe-shop-japan | (Defendant No. 9 on Schedule "A" to the Complaint, Dkt. #3); |
| Evo)_4495 | (Defendant No. 33 on Schedule "A" to the Complaint, Dkt. #3); |
| Wen feng xiao dian | (Defendant No. 40 on Schedule "A" to the Complaint, Dkt. #3); |
| BLUE HEARTS 86 | (Defendant No. 46 on Schedule "A" to the Complaint, Dkt. #3); |
| Matcha Shop | (Defendant No. 48 on Schedule "A" to the Complaint, Dkt. #3); |
| Coins.banknotes. . . . | (Defendant No. 93 on Schedule "A" to the Complaint, Dkt. #3); |
| Japan-soul | (Defendant No. 94 on Schedule "A" to the Complaint, Dkt. #3); |
| Hir-5699 | (Defendant No. 96 on Schedule "A" to the Complaint, Dkt. #3); |
| Bojest | (Defendant No. 101 on Schedule "A" to the Complaint, Dkt. #3); |
| Miku_camera_japan | (Defendant No. 102 on Schedule "A" to the Complaint, Dkt. #3); |
| Haruka Express Japan | (Defendant No. 104 on Schedule "A" to the Complaint, Dkt. #3); |
| Irneth_0 | (Defendant No. 107 on Schedule "A" to the Complaint, Dkt. #3); |
| Dundun-9 | (Defendant No. 112 on Schedule "A" to the Complaint, Dkt. #3); |
| IGAWA | (Defendant No. 113 on Schedule "A" to the Complaint, Dkt. #3); |
| 8studio.rs | (Defendant No. 118 on Schedule "A" to the Complaint, Dkt. #3); |
| e-quality Japan | (Defendant No. 124 on Schedule "A" to the Complaint, Dkt. #3); |
| TICS JAPAN | (Defendant No. 139 on Schedule "A" to the Complaint, Dkt. #3); |
| AllFor Home and You | (Defendant No. 143 on Schedule "A" to the Complaint, Dkt. #3); |
| Sakura_store43 | (Defendant No. 146 on Schedule "A" to the Complaint, Dkt. #3); |

1

SHIMAUTA-JAPAN (Defendant No. 147 on Schedule "A" to the Complaint, Dkt. #3);
Adorix Japan (Defendant No. 152 on Schedule "A" to the Complaint, Dkt. #3);
Styledb78 (Defendant No. 155 on Schedule "A" to the Complaint, Dkt. #3);
Japan Goods Bazaar (Defendant No. 156 on Schedule "A" to the Complaint, Dkt. #3);
Ekoseller-online-store (Defendant No. 159 on Schedule "A" to the Complaint, Dkt. #3).

Dated: October 30, 2025

Respectfully submitted,

**BUETHER JOE & COUNSELORS, LLC**

By: /s/ *Kenneth P. Kula*
Kenneth P. Kula, TX No. 24004749
Ken.Kula@BJCIPLaw.com
1700 Pacific Avenue, Suite 4750
Dallas, Texas 75201
Telephone: (214) 466-1272

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of October, 2025, a true and correct copy of the foregoing was electronically filed using the U.S. District Court's cm/ECF system, and Service is being provided to all Defendants or their counsel of record as allowed by the Court. In addition, other counsel, if any, will be served via e-mail, facsimile or U.S. regular mail.

/s/ *Kenneth P. Kula*
Kenneth P. Kula