UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANIMACCORD LTD., §<br>A Cyprus limited company, §<br>   §<br>   *Plaintiff,* §<br>   §<br>v. §<br>   §<br>THE INDIVIDUALS, PARTNERSHIPS §<br>AND UNINCORPORATED §<br>ASSOCIATIONS IDENTIFIED ON §<br>SCHEDULE "A", §<br>   §<br>   *Defendants.* § | Civil Action No. 4:25-cv-01061 |

## NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against the following individual Defendant:

M + L             (Defendant No. 2 on Schedule "A" to the Complaint, Dkt. #3);
Sushi JAPAN Samurai(Defendant No. 66 on Schedule "A" to the Complaint, Dkt. #3);
Pokk64            (Defendant No. 75 on Schedule "A" to the Complaint, Dkt. #3).

Dated: November 3, 2025          Respectfully submitted,

**BUETHER JOE & COUNSELORS, LLC**

By:   /s/ *Kenneth P. Kula*
      Kenneth P. Kula, TX No. 24004749
      Ken.Kula@BJCIPLaw.com
      1700 Pacific Avenue, Suite 4750
      Dallas, Texas 75201
      Telephone:   (214) 466-1272

**ATTORNEYS FOR PLAINTIFF**
**ANIMACCORD LTD.**

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of November, 2025, a true and correct copy of the foregoing was electronically filed using the U.S. District Court's cm/ECF system, and Service is being provided to all Defendants or their counsel of record as allowed by the Court. In addition, other counsel, if any, will be served via e-mail, facsimile or U.S. regular mail.

/s/ *Kenneth P. Kula*
Kenneth P. Kula