UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANIMACCORD LTD., <br> A Cyprus limited company, <br><br> *Plaintiff,* <br><br> v. <br><br> THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> *Defendants.* | § § § § § § § § § § § § § § Civil Action No. 4:25-cv-01061 |

### NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

PLEASE TAKE NOTICE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following <u>individual</u> Defendants:

BURAN'S CHOISE     (Defendant No. 10 on Schedule "A" to the Complaint, Dkt. #3);
Sakamotosanti           (Defendant No. 19 on Schedule "A" to the Complaint, Dkt. #3);
Away                         (Defendant No. 28 on Schedule "A" to the Complaint, Dkt. #3);
Jinjer_28                    (Defendant No. 37 on Schedule "A" to the Complaint, Dkt. #3);
Lomoncostume01       (Defendant No. 53 on Schedule "A" to the Complaint, Dkt. #3);
YOUES & YOURES   (Defendant No. 76 on Schedule "A" to the Complaint, Dkt. #3);
NEOSJapan Store       (Defendant No. 77 on Schedule "A" to the Complaint, Dkt. #3);
369kaharmony           (Defendant No. 89 on Schedule "A" to the Complaint, Dkt. #3);
Vintage_camera_japans(Defendant No. 144 on Schedule "A" to the Complaint, Dkt. #3).

Dated: November 7, 2025                             Respectfully submitted,

                                                                          **BUETHER JOE & COUNSELORS, LLC**

                                                   By:     /s/ *Kenneth P. Kula*
                                                               Kenneth P. Kula, TX No. 24004749
                                                                Ken.Kula@BJCIPLaw.com
                                                                1700 Pacific Avenue, Suite 4750
                                                                Dallas, Texas 75201
                                                               Telephone:     (214) 466-1272

**ATTORNEYS FOR PLAINTIFF**
**ANIMACCORD LTD.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of November, 2025, a true and correct copy of the foregoing was electronically filed using the U.S. District Court's cm/ECF system, and Service is being provided to all Defendants or their counsel of record as allowed by the Court. In addition, other counsel, if any, will be served via e-mail, facsimile or U.S. regular mail.

/s/ *Kenneth P. Kula*
Kenneth P. Kula