**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| ANIMACCORD LTD.,<br>A Cyprus limited company,<br><br>*Plaintiff*,<br>v.<br><br>THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:25-CV-01061-MJT |

**ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the District Court referred [Dkt. 179] Plaintiff's Motion for Entry of Final Default Judgment[1] [Dkt. 74] to Magistrate Judge Christine Stetson for consideration and disposition. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

On July 24, 2026, Judge Stetson issued a Report and Recommendation [Dkt. 239] advising this Court to grant Plaintiff Animaccord Ltd.'s Motion for Entry of Default Judgment Against Defaulting Defendants [Dkt. 74]. No objections to the Report and Recommendation have been filed and the time to object has now passed. As such, this Court reviews the Report and Recommendation for clear error, and it finds none. Therefore, it is

[1] The subject of the motion is only those defendants who have failed to enter any responsive pleadings or otherwise appear before the court.

**ORDERED** that the Report and Recommendation [Dkt. 239] is **ADOPTED** that Plaintiff Animaccord Ltd.'s Motion for Entry of Default Judgment Against Defaulting Defendants [Dkt. 74] is **GRANTED**. It is further

**ORDERED** that Plaintiff submit a proposed judgment **Within Ten Days** of this Order.

**SIGNED this 15th day of August, 2026.**

Michael J. Truncale
United States District Judge